IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|   Robert J. Houck | : | Chapter 13 |
|   Kahileelah D. Houck | : | Case No. 24-12503-AMC |
| | : | |
|                Debtors | : | |

## RESPONSE TO MOTION FOR RELIEF OF THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied. By way of further answer, Debtors/Borrowers recently made a payment to cure the alleged delinquency.

5. Denied.

6. Denied.

7. Denied.

WHEREFORE, based on the aforementioned, Movant shall be denied an Order Granting Relief from the Automatic Stay in the instant Bankruptcy matter.

                                                                     Respectfully submitted,

Dated: <u>August 26, 2025</u>                         <u>/s/ Brad J. Sadek, Esquire</u>
                                                           Brad J. Sadek, Esquire
                                                           Sadek Law Offices
                                                           1500 JFK Boulevard, Suite 220
                                                           Philadelphia, PA 19102
                                                           (215) 545-0008
                                                           brad@sadeklaw.com

                                                           *Counsel to the Debtors*